1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

FILED
SEP 26 2007
CLERK
NORTHERN DISTRICT

5           UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7                  SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,           )   CRIMINAL NO. CR07-70575 PVT
9           Plaintiff,                  )
                                        )
10          v.                          )   NOTICE OF PROCEEDINGS ON
                                        )   OUT-OF-DISTRICT CRIMINAL
11  Dinh Canh Tran, and                 )   CHARGES PURSUANT TO RULES
    Hung Ngoc Nguyen                    )   5(c)(2) AND (3) OF THE FEDERAL RULES
12          Defendant.                  )   OF CRIMINAL PROCEDURE
                                        )
13                                      )
                                        )
14  _____  )

15      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

16  Procedure that on  9/26/07  , the above-named defendant was arrested based upon an

17  arrest warrant (copy attached) issued upon an

18      ☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other_____

19  pending in the  Central  District of  CA  , Case Number  SA CR07-192

20      In that case, the defendant is charged with a violation(s) of Title(s) 21  United States Code,

21  Section(s) 846, 841(a)(1), 18 2(a).
                                                    cocaine
22  Description of Charges: Conspiracy to distribute; possession with
    intent to distribute cocaine; distribution of
23  cocaine; aiding and abetting.

24                                          Respectfully Submitted,
                                            SCOTT SCHOOLS
25                                          UNITED STATES ATTORNEY
    Date:  9/26/07
26                                          _____
                                            Assistant U.S. Attorney
27

28

1

COPY
UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2006 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA CR 07- |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | [21 U.S.C. § 846: Conspiracy to Distribute, Possess with Intent to Distribute Cocaine; 21 U.S.C. § 841(a)(1): Distribution of Cocaine; 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2(a): Aiding and Abetting] |
| DINH CANH TRAN, and ) HUNG NGOC NGUYEN, ) | |
| Defendants. ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing to on or about April 5, 2007, in Orange County, within the Central District of California, and elsewhere, defendants DINH CANH TRAN ("TRAN"), and HUNG NGOC NGUYEN ("NGUYEN"), and others known and unknown to the Grand Jury, conspired and agreed with

RCG:rcg

1  each other to commit offenses against the United States, namely,
2  to knowingly and intentionally distribute, and possess with the
3  intent to distribute 5 kilograms or more of a mixture or
4  substance containing a detectable amount of cocaine, in violation
5  of Title 21, United States Code, Section 841(a)(1).
6  B.  **MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE**
7     **ACCOMPLISHED**
8     The objects of the conspiracy were to be accomplished in
9  substance as follows.
10    1.  Defendant TRAN agreed to deliver cocaine to a
11 coconspirator in Orange County, California.
12    2.  Defendants TRAN and NGUYEN met with the coconspirator
13 to arrange for the delivery of cocaine to that person at a
14 location in Orange County, California.
15    3.  Defendants NGUYEN took possession of the
16 coconspirator's vehicle.
17    4.  Defendants TRAN and NGUYEN loaded approximately 60
18 kilograms of cocaine into the coconspirator's vehicle.
19    5.  Defendants TRAN and NGUYEN returned coconspirator's
20 vehicle to that person.
21 C.  **OVERT ACTS**
22    In furtherance of the conspiracy and to accomplish the
23 objects of the conspiracy, on or about April 5, 2007, defendants
24 TRAN and NGUYEN, and others known and unknown to the Grand Jury,
25 committed various overt acts within the Central District of
26 California and elsewhere, including but not limited to the
27 following:
28    1.  Defendant TRAN telephoned a coconspirator and arranged

2

1  to meet that person in Long Beach, California.
2      2.   Defendants TRAN and NGUYEN drove to an RV park in Long
3  Beach, California, in a grey Chevrolet Tahoe ("the Tahoe").
4      3.   Defendants TRAN and NGUYEN met with the coconspirator
5  at the RV park in Long Beach, California.
6      4.   Defendants TRAN, NGUYEN, and the coconspirator agreed
7  to use the coconspirator's vehicle, a Chevrolet Silverado truck
8  ("the Silverado"), to transport cocaine.
9      5.   Defendants TRAN and NGUYEN, in the Tahoe, and the
10 coconspirator, in the Silverado, traveled to a shopping center
11 parking lot in Anaheim, California.
12     6.   Defendant NGUYEN drove the Silverado from the shopping
13 center parking lot to the StorQuest storage facility located at
14 8180 East Old Canal Road, Anaheim, California.
15     7.   Defendant TRAN, driving the Tahoe, followed defendant
16 NGUYEN from the shopping center parking lot to the StorQuest
17 storage facility.
18     8.   At the StorQuest storage facility, defendants TRAN and
19 NGUYEN loaded two cardboard boxes containing approximately 60
20 kilograms of cocaine into the Silverado.
21     9.   Defendant NGUYEN drove the Silverado from the Storquest
22 storage facility back to the shopping center.
23     10.  Defendant TRAN, driving the Tahoe, followed defendant
24 NGUYEN from the StorQuest storage facility to the shopping center
25 parking lot.
26     11.  Defendant NGUYEN arrived at the shopping center parking
27 lot and wiped down the interior and exterior of the driver's cab
28 of the Silverado.

1  12. Defendant NGUYEN gave the coconspirator the keys to the
2  Silverado containing the approximately 60 kilograms of cocaine.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT TWO

[21 U.S.C. § 841(a)(1); 18 U.S.C. § 2(a)]

On or about April 5, 2007, in Orange County, within the Central District of California, defendants DINH CANH TRAN and HUNG NGOC NGUYEN, aiding and abetting one another, knowingly and intentionally distributed approximately 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

09/26/2007 Case 5:07-mj-70575-PVT Document 1 USMS-SAN JOSE Filed 09/26/2007 Page 6 of 9 PAGE 05/06

COUNT THREE

[21 U.S.C. § 841(a)(1); 18 U.S.C. § 2(a)]

On or about April 5, 2007, in Orange County, within the Central District of California, defendants DINH CANH TRAN and HUNG NGOC NGUYEN, aiding and abetting one another, knowingly and intentionally possessed with the intent to distribute approximately 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

A TRUE BILL

_____
Foreperson

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch Office

# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
v.

HUNG NGOC NGUYEN

WARRANT FOR ARREST
ON INDICTMENT

CASE NUMBER: SA07CR00192

To: The United States Marshal or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __HUNG NGOC NGUYEN__
Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer an indictment charging him or her with:

Conspiracy to Distribute, Possess with the Intent to Distribute Cocaine
Distribution of Cocaine
Possession with Intent to Distribute Cocaine
Aiding and Abetting

in violation of Title __21; 18__, United States Code, Section(s) __846; 841(a)(1); 2(a)__

September 25, 2007  Santa Ana, California
Date and Location of Issuance

DAVID O. CARTER
Name of Judge/Magistrate Judge

_[signature]_
Signature of Judge/Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |


COPY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, Plaintiff(s) | CASE NUMBER: SA07CR00197 |
|---|---|
| v. DINH CANH TRAN Defendant(s) | WARRANT FOR ARREST |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _DINH CANH TRAN_ and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

CONSPIRACY TO DISTRIBUTE, POSSESS WITH INTENT TO DISTRIBUTE COCAINE
DISTRIBUTION OF COCAINE
POSSESSION WITH INTENT TO DISTRIBUTE COCAINE
AIDING AND ABETTING

in violation of Title ___21___ United States Code, Section(s) 846; 841(a) (1); 2(a)

| Sherri R. Carter | 9/20/07 SANTA ANA, CA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | ROBERT BLOCK |
| TITLE OF ISSUING OFFICER | BY: NAME OF JUDICIAL OFFICER |
| [signature] SIGNATURE OF DEPUTY CLERK | |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

WARRANT FOR ARREST

CR-12 (07/04) PAGE 1 of 2