# United States District Court
# Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**      CR-07-70575 PVT

**DATE FILED**       9-26-07

**DOCUMENT NUMBER**  1

- Reporter's Transcript  _____
- Trial Exhibits         _____
- Lodged Documents       _____
- Sealed Documents       ✓
- CJA Financial Documents _____
- Other                  This is an attachment to docket # 1

**LOCATION**

- Expando File (Located next to case file)  _____
- Overflow Shelf         _____
- Sealed Room            ✓
- Financial File (Vault) _____
- Volume 1 (Top)         _____
- Other                  _____