UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

Richard W. Wieking
Clerk

www.cand.uscourts.gov

FILED

General Court Number
408.535.5363

2007 OCT 29  P 3: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

October 17, 2007

**Clerk of Court**
**U.S. District Court-CDCA**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street**
**Santa Ana, CA 92701-4593**

Case Name:        **USA-v-Dinh Canh Tran**
Case Number:      **5-07-70575-PVT  (Your Case# SA CR07-192)**
Charges:          **21:846,841(a)(1); 18:2(a)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

      (X)    The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
      ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

**original Rule 5 affidavit**
**original minute orders**
**certified copy of *AO 94, Commitment to Another District***
**Certified docket sheets**

Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
                Case Systems Administrator

Enclosures
cc: Financial Office

------------------------------------------------------------------------------------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_SACR07-192_ .

Date: _10/19/07_

CLERK, U.S. DISTRICT COURT

By _____
           Deputy Clerk